# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Michael St. Aubyn Wolfe,<br>a.k.a.: Andre Williams,<br>a.k.a.: Ronald Williams,<br>a.k.a.: Charles R. Stovall,<br>a.k.a.: Patrick Addison,<br>(A 042 464 836)<br>*Defendant* | Case No. 17-358 MJ |

MTP 8/30/17

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 29, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Michael St. Aubyn Wolfe, an alien, was found in the United States of America at or near Scottsdale, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near New Orleans, Louisiana, on or about March 31, 2011, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

*CEB*

REVIEWED BY:  Charles E. Bailey, P.S. for SAUSA Ryan J. Goldstein

☒ Continued on the attached sheet.

*Complainant's signature*

Gilbert V. Longoria,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 31, 2017

*Judge's signature*

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

City and state:  Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Gilbert V. Longoria, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On August 29, 2017, the Scottsdale Police Department (SPD) encountered Michael St. Aubyn Wolfe while conducting a traffic stop at 7700 East Greyhawk Drive, in Scottsdale, Arizona. SPD Officer Miller suspected Wolfe to be illegally present in the United States and contacted the Phoenix ICE Law Enforcement Agency Response Unit for assistance. ICE Officer D. Rayner determined him to be a citizen of Jamaica, illegally present in the United States. On the same date, an immigration detainer was lodged with the Scottsdale City Jail. On August 30, 2017, Wolfe was released to ICE custody and transported to the Phoenix ICE office for further investigation and processing. Wolfe was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Michael St. Aubyn Wolfe to be a citizen of Jamaica and a previously deported criminal alien. Wolfe was removed from the United States to Jamaica at or near New Orleans, Louisiana, on or about March 31, 2011, pursuant to a reinstatement of an order of removal issued by an immigration judge. There is no record of Wolfe in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Wolfe's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Michael St. Aubyn Wolfe was convicted of Re-Entry after Deportation, a felony offense, on June 11, 2010, in the United States District Court, District of Arizona. Wolfe was sentenced to eighteen (18) months' imprisonment and thirty-six (36) months' supervised release. Wolfe's criminal history was matched to him by electronic fingerprint comparison.

5. On August 30, 2017, Michael St. Aubyn Wolfe was advised of his constitutional rights. Wolfe freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about August 29, 2017, Michael St. Aubyn Wolfe, an alien, was found in the United States of America at or near Scottsdale, in the District of Arizona, after having been

previously denied admission, excluded, deported, and removed from the United States at or near New Orleans, Louisiana, on or about March 31, 2011, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

Gilbert V. Longoria,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 31st day of August, 2017.

Michelle H. Burns,
United States Magistrate Judge